```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

   - against -

KEVIN A. VAN DE GRIFT, ET AL.,

              Defendants.

23-cv-1491 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 8, 2023.

SO ORDERED.

Dated:    New York, New York
            May 19, 2023

                                        John G. Koeltl
                                 United States District Judge