UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff(s)

                23 civ 1491 (JGK)

      -against-

KEVIN A. VAN DE GRIFT,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

A discovery schedule having been entered on June 14, 2023,

The conference scheduled for July 20, 2023, at 3:00, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 12, 2023