UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,     23-cv-1491 (JGK)

        Plaintiff,                  ORDER

   - against -

KEVIN A. VAN DE GRIFT,

        Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendant's anticipated motion for summary judgment on **Wednesday, October 23, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
       October 17, 2024

                                                John G. Koeltl
                                      United States District Judge