UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiffs,

    - against -

KEVIN A. VAN DE GRIFT,

             Defendant.
―――――――――――――――――――――――――――――――

23-cv-1491 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is respectfully directed to strike the Memorandum of Law in Support of the Defendant Kevin A. Van de Grift's Motion for Summary Judgment, ECF No. 48, and the Declaration of Kevin A. Van de Grift, ECF No. 49.

    The Court notes that the attachments to the letter from the defendant's counsel dated October 25, 2024, ECF No. 51, are the defendant's substitute Memorandum of Law and the substitute Declaration of Van de Grift.

SO ORDERED.
Dated:    New York, New York
          October 28, 2024

                                      John G. Koeltl
                               United States District Judge