

Christopher J. Gramiccioni
Admitted to practice in NJ, NY, SC, DC
Email: chris@kingstoncoventry.com

Deborah L. Gramiccioni
Admitted to practice in NJ, NY, SC
Email: deb@kingstoncoventry.com

December 9, 2024

<u>Via ECF</u>

Honorable John G. Koeltl, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Securities and Exchange Commission v. Kevin A. Van de Grift
          <u>Civil No.: 23-cv-01491 (JGK)</u>

Dear Judge Koeltl:

    We represent defendant Kevin A. Van de Grift in the above-captioned matter. On this date, we filed Mr. Van de Grift's Reply in Support of his Motion for Summary Judgment. Mr. Van de Grift respectfully requests oral argument on the motion.

    Thank you for your kind attention to this request and for the Court's consideration of the matter.

                                                            Respectfully submitted,

                                    By:   <u>*/s/ Christopher J. Gramiccioni*</u>
                                         Christopher J. Gramiccioni
                                         KINGSTON COVENTRY LLC
                                         825 Lowcountry Boulevard, Suite 106
                                         Mount Pleasant, South Carolina 29464
                                         T: (843) 420-3004
                                         E-mail:   chris@kingstoncoventry.com
                                         *Counsel for Defendant Kevin Van de Grift*