UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                  Plaintiff

- against -

KEVIN A. VAN DE GRIFT,

        Defendant.

23-cv-1491 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument in connection with the defendant's motion for summary judgment, on **September 9, 2025**, at **3:00 p.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:   New York, New York
        August 6, 2025

                                          John G. Koeltl
                                   United States District Judge