UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

- against -

KEVIN A. VAN DE GRIFT,

                Defendant.

23-cv-1491 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order, together with proposed voir dire requests and request to charge, and motions in limine by **October 3, 2025**. Responses and objections are due by **October 10, 2025**.

    The parties should be ready for trial, with 48 hours' notice, by **October 24, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge