UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATE SECURITIES AND
EXCHANGE COMMISSION,
                Plaintiff,

    - against -

KEVIN A. VAN DE GRIFT,
                Defendant.

23-cv-1491 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should submit a joint letter on whether a reference to a magistrate judge for purposes of settlement would be useful by **Friday, September 12, 2025.**

SO ORDERED.
Dated:    New York, New York
            September 9, 2025

                                      John G. Koeltl
                                    **United States District Judge**