UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    - against -

KEVIN A. VAN DE GRIFT,

                Defendant.

23-cv-1491 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the argument held on September 9, 2012, the Defendant's Motion for Summary Judgement is **denied**.

The Clerk is directed to close **ECF No. 47**. The Clerk should also close **ECF No. 31** (Motion for Michael James Cates to Appear Pro Hac Vice).

SO ORDERED.

Dated:    New York, New York
            September 9, 2025

                                        John G. Koeltl
                                   United States District Judge