

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**

BYRON ROGERS FEDERAL OFFICE BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, CO 80294-1961

**DIVISION OF**
**ENFORCEMENT**

TELEPHONE: (303) 844-1000
EMAIL:LIEBERMANS@SEC.GOV

September 12, 2025

**<u>Via ECF</u>**
The Honorable Judge John G. Koeltl
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>SEC v. Van De Grift, 1:23-cv-01491-JGK</u>
     Letter concerning settlement in principle

Dear Judge Koeltl:

  Since this Court's denial of Defendant's motion for summary judgment, the parties have conferred and reached a settlement in principle. Before a final settlement agreement can be consummated, the SEC staff must present the settlement proposal to the Commissioners for approval. The process to determine if the Commission will authorize the settlement can take several weeks. Once the SEC's Commissioners consider the settlement proposal, the SEC will promptly notify the Court of the result and, if the Commissioners approve the settlement proposal, file the motion to enter the consent and final judgment.

  If this process takes longer than 60 days, then the SEC will give a status report updating the Court when undersigned counsel for the SEC expects the SEC's Commissioners to complete their consideration.

  As such, at this time, the SEC requests leave of court to vacate the deadlines set in ECF No. 64.

Sincerely,

*s/ Sharan Lieberman*

Sharan E. Lieberman
Michael Cates
James McDonald
Counsel for Plaintiff, United States
Securities and Exchange Commission

cc:    Counsel of record